■ DANIEL SILVER et al., Appellants, v RANDALL ELECTRIC, INC., Respondent. (Appeal No. 2.)—Judgment unanimously reversed on the law and new trial granted. Same memorandum as in *Perkins v Randall Elec.* ([appeal No. 1], 129 AD2d 1000 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Tait, J.—negligence.) Present—Dillon, P. J., Callahan, Doerr and Green, JJ.